UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:07-CR-233

v.                                           HON. ROBERT HOLMES BELL

CRAIG ALLEN INGRAM,

        Defendant.

_____/

**MEMORANDUM OPINION AND ORDER**

Defendant Craig Allen Ingram has filed a motion for modification or reduction of sentence (ECF No. 83) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

The U.S. Probation Department filed a sentence modification report dated January 8, 2016 (ECF No. 109). Because the defendant was originally sentenced below the amended guideline range and no further reduction can be granted without the benefit of Substantial Assistance, USSG § 5K1.1, the Probation Department does not recommend a reduction of sentence.

Defense counsel has filed a response to the report of eligibility (ECF No. 112), and wishes to preserve the issue for future consideration should the law change. The government filed a response to the sentence modification report (ECF No. 114) concurring with the probation department's assessment that Defendant is not eligible for a sentence reduction.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 83) pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.


Dated: February 1, 2016                     /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE